Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
MAR 1 0 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| St. John's Hospital of the Hospital Sisters of the Third Order of St Francis, Patricia Fugate, and Robert Fugate,<br><br>Plaintiffs,<br><br>vs.<br><br>National Guardian Risk Retention Group Inc., Emergency Consultants Inc., Central Illinois Emergency Physicians PC James M. Johnson, Robert M. Williams, And Derik K. King<br><br>Defendants. | Case Number: 15-3292 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' St. John's Hospital of the Hospital Sisters of the Third Order of St Francis, Patricia Fugate, and Robert Fugate action against defendant National Guardian Risk Retention Group Inc. is dismissed.   It is further ordered and adjudged that all other defendants Emergency Consultants Inc., Central Illinois Emergency Consultants P.C., James A. Johnson, M.D., Robert M. Williams, M.D., and Derik K. King, M.D. were dismissed.

Dated: 3/10/2020

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court